■ SALVATORE J. ROMEO, Appellant, v. LUCY A. ROMEO, Respondent.— In a matrimonial action, plaintiff husband appeals from an order of the Supreme Court, Nassau County, dated March 14, 1971, which denied his motion to vacate a decree of separation, to reinstate his action for annulment, and to modify support provisions. Order affirmed, with $10 costs and disbursements. The judgment of separation is *res judicata* as to the validity of the marriage

(*Statter* v. *Statter*, 2 N Y 2d 668; *Psaroudis* v. *Psaroudis*, 27 N Y 2d 527). As plaintiff's allegations do not fall into the category of newly discovered evidence, it would have been improper to reopen issues inherently decided in the action two years before (*Matter of Wareham* v. *Wareham*, 34 A D 2d 647). Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.